UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
HAKAN DURANTAS, individually and on behalf of all others similarly situated,

                                Plaintiffs,

   -against-

DELICIOUS HOSPITALITY, LLC.

                                Defendant.
---------------------------------------------------------------X

Case No. 1:23-cv-6710

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys of record for the respective parties in the above-captioned action, that pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, all the claims asserted or that could have been asserted in the above-captioned action against defendant are hereby voluntarily dismissed with prejudice and without costs. Each party will bear its own costs and fees.

Dated: November 29th, 2023

New York, New York

| | |
|---|---|
| Mars Khaimov Law, PLLC | Stonberg Hickman & Pavloff LLP |
| By: *[signature]* | By: *[signature]*   By: Robert Radman, Esq. |
| Mars Khaimov, Esq. | Michael Stonberg, Esq. |
| 100 Duffy Avenue, Suite 510 | 505 8th Avenue, Suite 2302 |
| Hicksville, New York 11801 | New York, NY 10018 |
| Tel.: 929.324.0717 (direct) | 212-231-2220 |
| mars@khaimovlaw.com | robert.radman@shplawyers.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

SO ORDERED:    *Brian M. Cogan*
U.S.D.J

4895-5040-3388.1